United States District Court
Clerk of Court
714 Church Street
Nashville Tennessee
37209

RECEIVED
AUG 08 2023
U.S. District Court
Middle District of TN

Plaintiffs
Nighthauk Investigators
James D. Smith
M Shafer @ F.B.I Gov

vs

El Paso County Jail Sherrif
Joe Baugh
Deputy Garcia
Bartlatt
Inmate Howard Warren
New York Act

## Complaint

Comes Now
A federal witness 42 years, moving this Honnble Court. The defendant Discimination Race and ADA Act continualy for 1 years. Demanding a Jury Trial civily and Criminaly 40 million dollars 42 years missing Aersonly and profesionly failing curable

James D. Smith

Name: Thomas D. Smith

Admit #: C00930695

Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
20 JUL 2023 PM 4 L

INMATE MAIL

NEOPOST
07/20/2023
US POSTAGE $000.63⁰

ZIP 80906
041M11284826

FIRST-CLASS MAIL

United States District Court
Clerk of Court
719 Church Street
Nashville, Tennessee
37203

RECEIVED
AUG 08 2023
U.S. District Court
Middle District of TN