IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JAMES D. SMITH #350635,** | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 3:23-cv-00829 |
| v. | ) ) | JUDGE CAMPBELL |
| **EL PASO COUNTY JAIL SHERIFF, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

James D. Smith filed this case from the Criminal Justice Center in Colorado Springs, Colorado. On August 17, 2023, the Court ordered him to pay the full $402 filing fee within 30 days based on the three-strikes provision of 28 U.S.C. § 1915(g). (Doc. No. 4). The Court warned Plaintiff that this case would be dismissed if he failed to do so. (*Id.* at 2).

The 30-day period has not expired, but mail sent to Plaintiff at his address of record has been returned to the Court, marked "Released / Unknown." (Doc. No. 5). Pro se parties have an affirmative obligation to provide the Court with a functioning mailing address. Failure to comply with this obligation justifies dismissing a case. *See* M.D. Tenn. L.R. 41.01(b); *Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. 1994) (citation omitted). Plaintiff has not complied with this obligation here.

Accordingly, this case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to update his address. Fed. R. Civ. P. 41(b); M.D. Tenn. L.R. 41.01(b).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE